UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD CABLE

v.                                                                                    CA 09-439 ML

A.T. WALL, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on March 18, 2010. Plaintiff has filed a response, however, he does not address any of the Magistrate Judge's recommendations. This Court has reviewed the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and finds that the Magistrate Judge's recommendations ought to be, and they are hereby adopted.

Accordingly, the following claims are DISMISSED:

Eighth Amendment conditions-of-confinement claims;
Eighth Amendment failure to protect claims;
Fourteenth Amendment Equal Protection Clause claims regarding recreation;
First and Fourteenth Amendment claims regarding mail tampering; and,
Fourth Amendment invasion of privacy claims.

Further, all Defendants EXCEPT Officer Leach and Deputies Auger and Kettell are dismissed as defendants in this action.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
April  13 , 2010