UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD CABLE

v.   CA 09-439 ML

ASHBEL T. WALL, et al.

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Hagopian on June 30, 2010. No objection was filed. I have reviewed the Report and Recommendation and adopt it in its entirety. Plaintiff's motion for class certification is hereby DENIED.

SO ORDERED:

*Mary M. Lisi*
Mary M. Lisi
Chief United States District Judge
July 22, 2010