UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD CABLE

v.　　　　　　　　　　　　　　　　　　　CA 09-439 ML

A.T. WALL, et al.

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on March 8, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's Complaint is hereby DISMISSED with prejudice.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
March 30, 2011